UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**24- 20425-CR-BLOOM/ELFENBEIN**

CASE NO. _____

18 U.S.C. § 875(c)
18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 981(a)(1)(C)

FILED BY ____MP____ D.C.

**Sep 25, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

ERIC JAMES RENNERT,

  Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 25, 2024, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC JAMES RENNERT,**

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to kidnap and injure the person of another, that is, FEDERAL JUDGE 1, and the family of FEDERAL JUDGE 1, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about May 25, 2024, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC JAMES RENNERT,**

did knowingly threaten to assault, kidnap, and murder FEDERAL JUDGE 1, a United States Judge, with the intent to impede, intimidate, and interfere with FEDERAL JUDGE 1 while engaged in the performance of official duties and with the intent to retaliate against FEDERAL JUDGE 1 on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3

On or about May 28, 2024, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC JAMES RENNERT,**

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to kidnap and injure the person of another, that is, FEDERAL JUDGE 1, and the family of FEDERAL JUDGE 1, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, in violation of Title 18, United States Code, Section 875(c).

## COUNT 4

On or about May 28, 2024, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC JAMES RENNERT,**

did knowingly threaten to assault, kidnap, and murder FEDERAL JUDGE 1, a United States Judge, with the intent to impede, intimidate, and interfere with FEDERAL JUDGE 1 while engaged in the performance of official duties and with the intent to retaliate against FEDERAL JUDGE 1 on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 5

On or about July 24, 2024, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC JAMES RENNERT,**

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, FEDERAL JUDGE 1, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, in violation of Title 18, United States Code, Section 875(c).

## COUNT 6

On or about July 24, 2024, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC JAMES RENNERT,**

did knowingly threaten to assault and murder FEDERAL JUDGE 1, a United States Judge, with the intent to impede, intimidate, and interfere with FEDERAL JUDGE 1 while engaged in the performance of official duties and with the intent to retaliate against FEDERAL JUDGE 1 on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ERIC JAMES RENNERT**, has an interest.

2. Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Sections 115 or 875, as alleged in this Indictment, the defendant shall forfeit

to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEY

_____
JOSEPH H. WHEELER, III
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ERIC RENNERT,

_____/
Defendant.

CASE NO.: 24-20425-CR-BLOOM/ELFENBEIN

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami  ☐ Key West  ☐ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days                  ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _/s/ Tracee Plaskett for_____
ELENA SMUKLER
Assistant United States Attorney
FL Bar No. 91025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Eric James Rennert

**Case No:** _____

Count #: 1

Interstate Transmission of Threats

Title 18, United States Code 875(c)
* **Max. Term of Imprisonment: 5 years' imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 2

Threatening to Assault, Kidnap, and Murder a United States Judge

Title 18, United States Code 115(a)(1)(B)
* **Max. Term of Imprisonment: 10 years' imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 3

Interstate Transmission of Threats

Title 18, United States Code 875(c)
* **Max. Term of Imprisonment: 5 years' imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 4

Threatening to Assault, Kidnap, and Murder a United States Judge

Title 18, United States Code 115(a)(1)(B)
* **Max. Term of Imprisonment: 10 years' imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

\* **Max. Supervised Release: 3 years**
\* **Max. Fine: $250,000**

Count #: 5

Interstate Transmission of Threats

Title 18, United States Code 875(c)
\* **Max. Term of Imprisonment: 5 years' imprisonment**
\* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
\* **Max. Supervised Release: 3 years**
\* **Max. Fine: $250,000**

Count #: 6

Threatening to Assault, Kidnap, and Murder a United States Judge

Title 18, United States Code 115(a)(1)(B)
\* **Max. Term of Imprisonment: 10 years' imprisonment**
\* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
\* **Max. Supervised Release: 3 years**
\* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-20425-CR-BLOOM/ELFENBEIN

IN RE SEALED INDICTMENT
_____/

FILED BY __MP__ D.C.
Sep 25, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing this motion, Indictment, arrest warrant, bond recommendation form, and this Order, and the Court finding good cause:

IT IS HEREBY ORDERED that this this motion, Indictment, arrest warrant, bond recommendation form, and Order shall be filed under seal until the arrest of defendant ERIC JAMES RENNERT, or until further order of this Court. However, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of any motion, Indictment, arrest warrants, order, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in Miami, Florida, this 25 day of September 2024.

HON. EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Elena Smukler

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 24-20425-CR-BLOOM/ELFENBEIN

FILED BY __MP__ D.C.
Sep 25, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

IN RE SEALED INDICTMENT                     FILED UNDER SEAL

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that this motion, as well as the Indictment, arrest warrant, bond recommendation form, and any resulting order be SEALED until the arrest of defendant ERIC JAMES RENNERT or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reason that the defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be comprised, should knowledge of this motion, Indictment, arrest warrant, and supporting documents become public.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _/s/ Elena Smukler_
Elena Smukler
Assistant United States Attorney
Fla. Bar No. 91025
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9444
Elena.Smukler@usdoj.gov