AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>**ERIC JAMES RENNERT**<br><br>*Defendant.* | ) ) ) ) ) ) ) Case No.<br><br>**24-20425-CR-BLOOM/ELFENBEIN** |

FILED BY ____MP____ D.C.
**Sep 25, 2024**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **ERIC JAMES RENNERT**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Interstate Transmission of Threats, in violation of Title 18, United States Code, Section 875(c); and Threatening to Assault, Kidnap, and Murder a United States Judge, in violation of Title 18, United States Code, Section 115(a)(1)(B)

Date: 9/25/24

*Michelle Paschal*
*Issuing officer's signature*

City and state:  Miami, Florida

**Angela E. Noble, Clerk of Court / Court Administrator**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

[Seal: United States District Court, Southern District of Florida]
Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk, U.S. District Court
Southern District of Florida
By  *Michelle Paschal*   Deputy Clerk
Date **Sep 25, 2024**

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **Eric James Rennert**

Known aliases:

Last known residence: 205 W. William Street, Apt 201, Champaign, Illinois

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 04/16/1959

Social Security number: 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

Height: 5'11"  Weight: 200

Sex: Male  Race: White

Hair: Brown  Eyes: Brown

Scars, tattoos, other distinguishing marks: Tattoo-L Breast; Scar-Upper R Arm; Scar-R Cheek

History of violence, weapons, drug use: 10/1/1986-Theft (Guilty); 1/26/1991-Vehicle Theft (Not filed); 3/19/1997-Domestic Battery (Guilty); 1/3/2007-Domestic Battery (Guilty); 3/23/2011-Domestic Violence (Guilty)

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 472473FA5

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation and United States Marshal Service

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-20405-CR-BLOOM/ELFENBEIN

### BOND RECOMMENDATION

DEFENDANT: **ERIC JAMES RENNERT**

**Pre-Trial Detention**

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: **Joseph Wheeler III**
SAUSA:

Last Known Address: [REDACTED]

What Facility:

Agent(s): **FBI Christopher Mayo**
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  **(OTHER)**