

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**OFFICE OF THE CLERK**
TEL: 217.492.4020
FAX: 217.492.4028

October 3, 2024

U.S. District Court
Attn: Criminal Division
400 North Miami Avenue, Room 8
Miami, FL 33128

RE:  USA v. Eric James Rennert
CD/IL Case # 24-MJ-7161 Southern District of Florida Case # 24-20425

Dear Clerk of Court:

On, 10/3/2024 , this Court held Rule 5 proceedings for the above named defendant who has been charged in your court.  We are an electronic filing court and you may find any documents you need by accessing our electronic case file at the following address: http://ecf.ilcd.uscourts.gov

If you have any questions, please feel free to contact the Urbana office.

Very truly yours,

SHIG YASUNAGA,
CLERK OF COURT

Peoria Division
100 N.E. Monroe St.
Room 305
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
(Temporarily relocated for
mail and hearings to):
131 E. 4th Street, Rm 250
Davenport, IA 52801
309.793.5778